IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **TRENT WARREN,**  **Plaintiff,**  v.  **FELIX RODRIGUEZ,**  **JANE DOE NURSES 1-5,**  **and JEFFREY DENNISON,**  **Defendants.** | Case No. 3:20-CV-532-RJD-NJR |

# ORDER ADOPTING REPORT AND RECOMMENDATION

**ROSENSTENGEL, Chief Judge:**

Pending before the Court is the Report and Recommendation of Magistrate Judge Reona J. Daly (Doc. 62), which recommends that the undersigned dismiss Plaintiff Trent Warren's claims against Defendant Jane Doe Nurse #1 with prejudice. Judge Daly further recommends the dismissal of Jeffrey Dennison, who is named as a defendant only in his official capacity.

Judge Daly entered a Scheduling and Discovery Order directing Warren to identify Jane Doe Nurse #1 by June 4, 2021. (Doc. 55). Judge Daly warned Warren that failure to do so would result in the dismissal of Jane Doe #1. To date, however, Warren has neither identified nor taken steps to identify the unknown defendant. Judge Daly therefore recommends the dismissal of Jane Doe Nurse #1 with prejudice.

Judge Daly further recommends that Dennison, the Warden of Lawrence Correctional Center, be dismissed. Dennison was named as a party solely for the purpose of carrying out any injunctive relief and assisting with the identification of the unknown

defendants. Because Warren is no longer incarcerated at Lawrence, his claims for injunctive relief are moot. And, if Judge Daly's Report and Recommendation is adopted, all remaining defendants will have been identified.

Objections to the Report and Recommendation were due January 18, 2022. No objections were filed.

Where no party objects, this Court need only review a Report and Recommendation for clear error. *Johnson v. Zema Systems Corp.*, 170 F.3d 734, 739 (7th Cir. 1999). The Court may then "accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge." 28 U.S.C. § 636(b)(1).

Finding no clear error, the Court **ADOPTS** Judge Daly's Report and Recommendation (Doc. 62) and **DISMISSES with prejudice** Plaintiff Trent Warren's claims against Jane Doe Nurse #1. Defendant Jeffrey Dennison is also **DISMISSED** as a party to this action.

**IT IS SO ORDERED.**

**DATED:   January 19, 2022**

_____
**NANCY J. ROSENSTENGEL**
**Chief U.S. District Judge**